CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT - SACRAMENTO

| | |
|---|---|
| D. R., a Minor, By and Through His Guardian Ad Litem, ANGEL BALION; ANGEL BALION, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ESA MANAGEMENT, LLC, and DOES 1 to 25 Inclusive, <br><br> Defendants. | Case No.: 2:19-cv-02003-KJM-CKD <br><br> **STATUS REPORT & ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS** <br><br> Action Filed:  9/13/19 <br> Trial Date:     None |

WHEREFORE, on or about March 6, 2020, the parties participated in the Voluntary Dispute Resolution Program and reached a settlement in this case. The court ordered that the last day to file dispositional documents on or before April 22, 2020. Additional time was requested for compliance, and the court extended that deadline to September 30, 2020. Due to the COVID-19 pandemic, the approval of the minor's compromise in state court has been delayed.

///

///

///

///

///

///

DATED: September 29, 2020

                                  ERICKSEN ARBUTHNOT

                  By  _____

                                  CHARLES S. PAINTER
                                  REBECCA L. MENENDEZ
                                  Attorneys for Defendant, ESA
                                  MANAGEMENT, LLC

DATED:   September 22, 2020

                                  MILLER INJURY ATTORNEYS

                                  /s/John C. Miller, Jr. as
                  By  authorized on September 22, 2020
                                  JOHN C. MILLER, JR.
                                  Attorneys for Plaintiffs, D. R., a Minor, By
                                  and Through His Guardian Ad Litem,
                                  ANGEL BALION; and ANGEL BALION

<u>ORDER</u>

      Based upon the parties' request and stipulation to extend the deadline for filing dispositional documents, the court GRANTS the parties request to file dispositional documents by December 31, 2020.

      This order resolves ECF No. 16.

      IT IS SO ORDERED.

DATED: October 1, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE