CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT - SACRAMENTO

| | |
|---|---|
| D. R., a Minor, By and Through His Guardian Ad Litem, ANGEL BALION; ANGEL BALION, Individually,<br><br>     Plaintiffs,<br><br>vs.<br><br>ESA MANAGEMENT, LLC, and DOES 1 to 25 Inclusive,<br><br>     Defendants. | Case No.: 2:19-cv-02003-KJM-CKD<br><br>**STATUS REPORT & ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Action Filed:  9/13/19<br>Trial Date:      None |

WHEREFORE, on or about March 6, 2020, the Parties participated in the Voluntary Dispute Resolution Program and reached a settlement in this case.  The Court originally ordered that the last day to file dispositional documents on or before April 22, 2020.  Additional time was requested for compliance, and the court extended that deadline to December 31, 2020.  However, counsel require an additional extension because the approval of the minor's compromise in state court continues to be delayed due to the COVID-19 pandemic.

///

///

///

///

///

STATUS RPT & STIP TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCS
19-090/PLEADING.013                         - 1 -
RLM:jj

Based upon the above, the Parties request and stipulate that the time for filing dispositional documents be extended to February 26, 2021.

DATED:  December 15, 2020

          ERICKSEN ARBUTHNOT

By  _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant, ESA
MANAGEMENT, LLC

DATED:   December 15, 2020

          MILLER INJURY ATTORNEYS

By  /s/John C. Miller, Jr. as authorized on December 15, 2020
JOHN C. MILLER, JR.
Attorneys for Plaintiffs, D. R., a Minor, By and Through His Guardian Ad Litem, ANGEL BALION; and ANGEL BALION

**IT IS SO ORDER.**

DATED:  December 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

```
STATUS RPT & STIP TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCS
19-090/PLEADING.013              - 2 -
RLM:jj
```