CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT - SACRAMENTO**

| | |
|---|---|
| D. R., a Minor, By and Through His Guardian Ad Litem, ANGEL BALION; ANGEL BALION, Individually,<br><br>          Plaintiffs,<br><br>vs.<br><br>ESA MANAGEMENT, LLC, and DOES 1 to 25 Inclusive,<br><br>          Defendants. | Case No.: 2:19-cv-02003-KJM-CKD<br><br>**STIPULATION & [PROPOSED] ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Action Filed:  9/13/19<br>Trial Date:      None |

WHEREFORE, on or about March 6, 2020, the Parties participated in the Voluntary Dispute Resolution Program and reached a settlement in this case.  The Court originally ordered that the last day to file dispositional documents on or before April 22, 2020.  Additional time was requested for compliance, and the court extended that deadline to December 31, 2020.

Counsel require an additional extension because the approval of the minor's compromise in state court continues to be delayed due to the COVID-19 pandemic and the court granted an extension to February 26, 2021.  However, the state court is still delayed and the parties request and stipulate that the time for filing dispositional documents be extended to April 3, 2021.

STIP & PROPOSED ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCS
19-090/PLEADING.014                    - 1 -
RLM:jj

DATED: February 23, 2021

                        ERICKSEN ARBUTHNOT

                        By _____
                              CHARLES S. PAINTER
                              REBECCA L. MENENDEZ
                              Attorneys for Defendant, ESA
                              MANAGEMENT, LLC

DATED: February 23, 2021

                        MILLER INJURY ATTORNEYS

                        By */s/ John C. Miller, Jr. as authorized on 2/22/21*
                              JOHN C. MILLER, JR.
                              Attorneys for Plaintiffs, D. R., a Minor, By
                              and Through His Guardian Ad Litem,
                              ANGEL BALION; and ANGEL BALION

**IT IS SO ORDERED.**

DATED: February 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

STIP & PROPOSED ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCS
19-090/PLEADING.014       - 2 -
RLM:jj