1  CHARLES S. PAINTER (SBN 89045)
   REBECCA L. MENENDEZ (SBN 262487)
2  **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA  95825-8201
   (916) 483-5181 Telephone
4  (916) 483-7558 Facsimile

5  Attorneys for Defendant, ESA MANAGEMENT, LLC

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT - SACRAMENTO**

10 D. R., a Minor, By and Through His Guardian ) Case No.:  2:19-cv-02003-KJM-CKD
   Ad Litem, ANGEL BALION; ANGEL         )
11 BALION, Individually,                 )
                                         )
12        Plaintiffs,                    ) **STIPULATION & ORDER EXTENDING**
                                         ) **TIME TO FILE DISPOSITIONAL**
                                         ) **DOCUMENTS**
13 vs.                                   )
                                         )
14 ESA MANAGEMENT, LLC, and DOES 1 to )   Action Filed:  9/13/19
   25 Inclusive,                         )   Trial Date:     None
15                                       )
                                         )
16        Defendants.                    )
                                         )

17

18        WHEREFORE, on or about March 6, 2020, the Parties participated in the Voluntary

19 Dispute Resolution Program and reached a settlement in this case.  The Court originally ordered

20 that the last day to file dispositional documents on or before April 22, 2020.  Additional time

21 was requested for compliance, and the court extended that deadline to December 31, 2020.

22        Counsel requires an additional extension because the approval of the minor's

23 compromise in state court continues to be delayed due to the COVID-19 pandemic and the court

24 granted an extension to February 26, 2021.  Counsel requested another extension and the court

25 set the deadline for filing dispositional to be April 3, 2021.

26        On March 25, 2021 the parties appeared before Judge Samuel T. McAdam in Yolo

27 Superior Court for the Minor's Compromise Hearing as mandated by Eastern District Local Rule

28 202.

---

STIP & PROPOSED ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCS
19-090/PLEADING.015                          - 1 -
RLM:kc

1       Judge McAdam refused to even consider the petition, let alone sign the order approving

2   the compromise of the minor's claim, because he did not agree that the Local Rule applied to

3   this case. No argument persuaded him. He ordered the parties to return to him on April 8, 2021

4   to brief this matter.

5       Due to the above the parties are requesting an extension of time to file dispositional

6   documents to May 14, 2021.

7

8   DATED:  March 26, 2021

9                            ERICKSEN ARBUTHNOT

10                   By

11                           CHARLES S. PAINTER

12                           REBECCA L. MENENDEZ
                             Attorneys for Defendant, ESA
                             MANAGEMENT, LLC

13

14  DATED:  March 30, 2021

15                           MILLER INJURY ATTORNEYS

16                           */s/ John C. Miller, Jr. as authorized on*
                     By     *3/30/21*

17                           JOHN C. MILLER, JR.
                             Attorneys for Plaintiffs, D. R., a Minor, By

18                           and Through His Guardian Ad Litem,
                             ANGEL BALION; and ANGEL BALION

19

20

21  **IT IS SO ORDERED:**

22

23  DATED: April 1, 2021.

24

25

26                        CHIEF UNITED STATES DISTRICT JUDGE

27

28