|   |   |
|---|---|
| 1 | CHARLES S. PAINTER (SBN 89045) |
| 2 | REBECCA L. MENENDEZ (SBN 262487) |
|   | **ERICKSEN ARBUTHNOT** |
| 3 | 100 Howe Avenue, Suite 110 South |
|   | Sacramento, CA  95825-8201 |
| 4 | (916) 483-5181 Telephone |
|   | (916) 483-7558 Facsimile |
| 5 | Attorneys for Defendant, ESA MANAGEMENT, LLC |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT - SACRAMENTO

D. R., a Minor, By and Through His Guardian Ad Litem, ANGEL BALION; ANGEL BALION, Individually,

Plaintiffs,

vs.

ESA MANAGEMENT, LLC, and DOES 1 to 25 Inclusive,

Defendants.

Case No.: 2:19-cv-02003-KJM-CKD

**STIPULATION & ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**

Action Filed: 9/13/19
Trial Date: None

Pursuant to the court's recent order of May 10, 2021 which states:

"According to the document filed at ECF No. [24], the appropriate state court has approved the minor's compromise. See L.R. 202(b)(1). The parties are now directed to file "all supporting and opposing documents filed in connection" with this state court proceeding as provided for in the local rule. See id. If no additional documents were provided to the state court, the parties are directed to file a joint status report explaining why the court should approve the minor's compromise. The matter is SET for hearing on 6/18/2021 at 10:00 AM before Chief District Judge Kimberly J. Mueller"

The parties hereby request that the deadline to file dispositional documents be extended to July 30, 2021.

DATED: May 13, 2021

                         ERICKSEN ARBUTHNOT

                By    _/s/ Charles S. Painter_
                         CHARLES S. PAINTER
                         REBECCA L. MENENDEZ
                         Attorneys for Defendant, ESA
                         MANAGEMENT, LLC

DATED: May 13, 2021

                         MILLER INJURY ATTORNEYS

                By    _/s/ John C. Miller, Jr. as authorized on 5/13/2021_
                         JOHN C. MILLER, JR.
                         Attorneys for Plaintiffs, D. R., a Minor, By
                         and Through His Guardian Ad Litem,
                         ANGEL BALION; and ANGEL BALION

    The court **grants** the request to extend to deadline to file dispositional documents, ECF No. 26. The dispositional documents are now due on **July 30, 2021**. The hearing set for June 18, 2021 at 10:00 AM is vacated and reset for **August 27, 2021 at 10:00 AM**.

**IT IS SO ORDERED:**

DATED: May 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE