JOHN C. MILLER, JR., #143323
**MILLER INJURY ATTORNEYS**
A Professional Law Corporation
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Phone: (916) 888-9999
Fax: (916) 357-7764

Attorneys for Plaintiffs

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.R., ET AL.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ESA P PORTFOLIO, LLC, ET AL.,<br><br>　　　　Defendant(s)<br>_____ | CASE NO.  2:19-CV-02003-KJM-CKD<br><br>ORDER APPROVING MINOR'S COMPROMISE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Please take notice that on Friday, August 27, 2021, this matter came before the Honorable Chief District Judge Kimberly J. Mueller wherein the court advised all parties present that the Court approved the proposed minor's settlement.

　　The Court hereby ORDERS that The Expedited Petition to Approve Compromise of Pending Action for Minor Claimant, D.R, is GRANTED.

　　The Court further ORDERS as follows:

　　Payments shall be made as follows:

　　One check in the amount of $187.50 made payable to Department of Healthcare Services.

　　One check in the amount of $1,375.00 for attorney's fees made payable to Miller Injury Attorneys in Trust for D.R..

　　One check in the amount of $3,937.50, which represents the balance of the $5,500.00 total gross settlement amount for the minor, D.R., made payable to Miller Injury Attorneys in Trust for D.R.

Once this amount clears the trust account of Miller Injury Attorneys, a check in the amount of $3,937.50, which represents the net settlement proceeds for claimant D.R., will be mailed to the petitioner and his guardian ad litem, Angel Bailon at the following address: 1113 West El Camino Avenue, Sacramento, CA 95833.

**IT IS SO ORDERED.**

DATED: September 16 , 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE